```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| GUY LODGE,          )<br>    Plaintiff    )<br>                     )<br>        v.           )<br>                     )<br>CAROLYN W. COLVIN, Acting  )<br>Commissioner of Social    )<br>Security Administration,  )<br>    Defendant    ) | C.A. No. 13-cv-30083-MAP |

## ORDER OF DISMISSAL

### July 2, 2014

**PONSOR, U.S.D.J.**

On October 2, 2013, the court issued a Procedural Order regarding this case (Dkt. No. 16). The order required Plaintiff to file a motion for an order reversing the Commissioner's decision within 42 days of the filing of the Commissioner's Answer. The Answer was filed on September 23, 2013 (Dkt. No. 14).

In order to be sure that Plaintiff received a copy of the Procedural Order, it was sent again on April 4, 2014. (Dkt. No. 17). Nevertheless, substantially more than 42 days have passed without the filing of any motion by Plaintiff.

Based upon this failure to prosecute, the court hereby Orders that this case be DISMISSED. The file may now be closed.

It is So Ordered.

 /s/ Michael A. Ponsor
 MICHAEL A. PONSOR
 U. S. District Judge